United States District Court
Southern District of Texas
**ENTERED**
September 19, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHEJUANA GUIDRY and WARWICK GUIDRY, Individuals, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-2618 |
| WELLS FARGO BANK, N.A., | § § | |
| Defendant. | § § | |

## ORDER

Pending before the court is Defendant's Motion to Dissolve Temporary Restraining Order and Memorandum of Law in Support (Docket Entry No. 8), to which plaintiffs have filed their Response to Defendant's Motion to Dissolve Temporary Restraining Order (Docket Entry No. 13). Having carefully considered the parties' arguments and authorities the court concludes that the Temporary Restraining Order Preventing Acts of Interference With Plaintiff's Possession of Real Property Pending Litigation of Title Issues entered on August 30, 2016 (Docket Entry No. 3), should be dissolved because the court lacked jurisdiction under the Anti-Injunction Act, 28 U.S.C. § 2283, to enjoin Wells Fargo from enforcing the Final Judgment of Harris County Civil Court at Law No. Two awarding possession of the property in question to Wells Fargo. See Knoles v. Wells Fargo Bank, N.A., 513 F. App'x 414 (5th Cir. 2013).

Accordingly, Defendant's Motion to Dissolve Temporary Restraining Order (Docket Entry No. 8) is **GRANTED**, and the Temporary Restraining Order Preventing Acts of Interference With Plaintiff's Possession of Real Property Pending Litigation of Title Issues (Docket Entry No. 3) is hereby **DISSOLVED**.

**SIGNED** at Houston, Texas, on this 19th day of September, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE